**David C. ELLIS, Petitioner,**

v.

**DEPARTMENT OF THE ARMY, Respondent.**

No. 00–3348.

United States Court of Appeals, Federal Circuit.

June 6, 2001.

Before BRYSON, GAJARSA, and LINN, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R.36

**SOUTHCO, INC., Plaintiff–Appellee,**

v.

**S.P.E.P. ACQUISITIONS CORPORATION (also known as Sierra Pacific Engineering and Products) and Mark J. Des Marais, Defendants–Appellants.**

No. 01–1085.

United States Court of Appeals, Federal Circuit.

June 6, 2001.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**Jose U. ALTERADO, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

No. 01–3166.

United States Court of Appeals, Federal Circuit.

June 6, 2001.

ORDER

Jose U. Alterado has failed to respond to the court order of April 23, 2001, to show cause why his petition for review should not be dismissed as frivolous. He had also failed to prosecute this appeal prior to the issuance of the show cause order.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The petition for review is dismissed.

(2) Each side shall bear its own costs.